# MIRIAM TAUBER LAW PLLC

885 Park Ave. 2A • New York, NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

May 9, 2024

**By FEDERAL EXPRESS**
**U.S. District Court—District of Puerto Rico**
Jose V. Toledo U.S. Courthouse
**ATTENTION:** Office of the Clerk
300 Recinto Sur St., Suite 325
San Juan, Puerto Rico 00901

**Re: Registration of Foreign Judgment (from the S.D.N.Y.) in the District of Puerto Rico**

To Clerk of Court:

I am a New York attorney representing the Plaintiffs, Avalon Holdings Corp., and New Concept Energy, Inc., in related cases filed in the Southern District of New York, in which Judgment has been entered in each Plaintiff's favor and against Defendant Guy Gentile, who is a resident of San Juan, Puerto Rico.

The S.D.N.Y. cases in which the Judgments were entered are:

*Avalon Holdings Corp. v. Gentile*,   Amount of Judgment: $8,219,175 (Dkt. 281)
Case No. 18-CV-7291 (S.D.N.Y.)

*New Concept Energy, Inc. v. Gentile*,   Amount of Judgment: $8,073,283 (Dkt. 265)
Case No. 18-CV-8896 (S.D.N.Y.)

Enclosed are certified copies of both Judgments from the Southern District of New York. Kindly Register each Judgment in the District of Puerto Rico.

The Defendant and Judgment Debtor, Guy Gentile, resides at: 860 Ashford Ave. Apt. 7B San Juan, PR 00907, and may own additional property in Puerto Rico.

The following is enclosed with this letter:

- *Certified* Form AO 451-Clerk's Certification of Judgment to be Registered in Another District
- *Certified* Copy of the Judgment to be Registered.
- Check for $52 Judgment Registration Fee ( x 2)

My contact information is above if further information is required.

If possible, kindly inform me when the Judgments have been registered and advise of the case numbers for the "miscellaneous" proceedings opened in the District of Puerto Rico.

Thank you very much for your assistance.

Miriam Tauber
*Attorney for Plaintiffs/Judgment Creditors*
*Avalon Holdings Corp.; New Concept Energy, Inc.*