# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> GUY GENTILE, <br><br> **Defendant.** | **CASE NO**. 3:24-mc-187 (GMM) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE GINA R. MÉNDEZ-MIRÓ**
**UNITED STATES DISTRICT JUDGE**:

**COMES NOW** plaintiff Avalon Holdings Corp. ("Avalon"), through the undersigned counsel, and respectfully avers and prays as follows:

1. The undersigned attorney, Christian A. Muñoz Lugo, is admitted and authorized to practice before this Honorable Court and hereby appears in this case as local counsel of record on behalf of Avalon and requests that the Court hereby take notice of the same.

2. An *Application for Admission Pro Hac Vice* is being separately filed on behalf of Ms. Miriam Tauber, Esq., for her *pro hac vice* admission in this case, in which the undersigned and Mr. Oreste R. Ramos are being designated as local counsel for Avalon.

**WHEREFORE,** the undersigned respectfully request that this Honorable Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on this 6th day of June, 2024.

**I HEREBY CERTIFY**: That on this date a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of the filing to all parties of interest.

      **PIETRANTONI MENDEZ & ALVAREZ LLC**
      Popular Center, 19th Floor
      208 Ponce de León Ave.
      San Juan, Puerto Rico 00918
      Tel:  (787) 274-1212
      Fax: (787) 274-1470

      *s/ **Christian A. Muñoz Lugo***
      Christian A. Muñoz Lugo
      USDC-PR No. 305813
      cmunoz@pmalaw.com