AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Avalon Holdings Corp., *Plaintiff* | ) ) |
| v. | ) Case No. 3:24-mc-187 (GMM) |
| Guy Gentile, *Defendant* | ) ) ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Avalon Holdings Corp.

Date:   07/02/2024

*Attorney's signature*

Miriam Tauber (admitted pro hac vice)
*Printed name and bar number*

Miriam Tauber Law PLLC
885 Park Ave. 2A
New York NY 10075
*Address*

MiriamTauberLaw@gmail.com
*E-mail address*

(323) 790-4881
*Telephone number*

*FAX number*