AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| Avalon Holdings Corp. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-mc-187 (GMM) |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Avalon Holdings Corp.

Date:     1/23/2026

/s/ David Lopez
*Attorney's signature*

David Lopez (admitted pro hac vice)
*Printed name and bar number*
Law Office of David Lopez
171 Edge of Woods Rd., PO Box 323
Southampton NY 11969

*Address*

DavidLopezEsq@aol.com
*E-mail address*

631-287-5520
*Telephone number*

*FAX number*

Print   Save As...   Reset